UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   1:06-cr-00076 |
| | ) | |
| Plaintiff, | ) | MOTION TO AMEND INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CHIAN SPIRIT MARITIME | ) | |
| ENTERPRISES, INC., | ) | |
| VENETICO MARINE S/A | ) | Count 1:   Conspiracy – 18 U.S.C. § 371 |
| IRENE E/M, Evangelos MADIAS, | ) | Count 2:   False Oil Record Book – |
| Christos PAGONES,  Adrien | ) |            33 U.S.C. § 1908(a) |
| DRAGOMIR | ) | Count 3,4,5: Witness Tampering - 18 |
| | ) |            U.S.C. § 1512 |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

A Motion having been made by the United States of America to Amend the Indictment in

the above-captioned matter to reflect the correct spelling of defendant Adrien Dragomir's last

name, and the Court having been satisfied in the premises, it is hereby

ORDERED this  19th  day of  _____July_____ , 2006, that the Indictment be

Amended so as to reflect the change in the correct spelling of the name of Defendant Adrien

Dragomir as set forth in the attached Amended Indictment.

HONORABLE GREGORY M. SLEET
United States District Court
District of Delaware