IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-76-GMS |
| | ) | |
| ADRIAN DRAGOMIR, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count 1 and 5 of the Indictment, pursuant to the Memorandum of Plea Agreement dated August 30, 2006.

                    COLM F. CONNOLLY
                    United States Attorney

By_____
                    Edmond Falgowski
                    Assistant United States Attorney

Dated: August 31, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006.

                    _____
                    HONORABLE GREGORY M. SLEET
                    United States District Court

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-76-GMS |
| ) | |
| ADRIAN DRAGOMIR ) | |

I, Sharon Bernardo, employee with the United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 31st day of August, 2006, I electronically filed a MOTION AND ORDER TO DISMISS with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

GEORGE M. CHALOS, ESQUIRE
gmc@frc-law.com

CARL R. WOODWARD, III, ESQUIRE
cwoodward@carellabyrne.com

*/s/ Sharon R. Bernardo*